THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY OF NEW YORK, Appellant, *v.* ALFRED P. W. SEAMAN et al., Constituting the Board of Assessors of the City of New York, Defendants, and ARTHUR D. GREENFIELD et al., Respondents.

*People ex rel. City of New York* v. *Seaman,* 171 App. Div. —— affirmed.

(Argued January 11, 1916; decided January 25, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1915, which dismissed a writ of certiorari and confirmed the proceedings of the board of assessors of the city of New York in awarding damages to property owners occasioned by a change of grade. The city contested the claim on the grounds that the board was without authority under the statute (L. 1890, ch. 207, § 3) to make any award and that the claim was barred by the Statute of Limitations.

*Lamar Hardy, Corporation Counsel (Charles J. Nehrbas* and *Terence Farley* of counsel) for appellant.

*Abram I. Elkus* and *William E. Collins* for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.

———

WILLIAM SOHMER, as Comptroller of the State of New York, Appellant, *v.* ROBERT Y. HEBDEN et al., Respondents.

(Submitted January 17, 1916; decided January 25, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 216 N. Y. 728.)